IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA LLC | ) | |
| | ) | |
| Plaintiff | ) | No. 14 cv 3948 |
| | ) | |
| vs | ) | Judge Darrah |
| | ) | |
| JOHN DOE, subscriber assigned IP address 24.148.35.246 | ) ) | Magistrate Judge Gilbert |
| | ) | |
| Defendant | ) | |

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **June 12, 2014 at 9:30am,** or as soon thereafter as I may be heard, I shall appear before the Honorable John W. Darrah or any judge sitting in his stead in **Courtroom 1203** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE

_____
**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz                    Date: May 30, 2014

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510