UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Malibu Media LLC

                Plaintiff,

v.                                      Case No.: 1:14–cv–03948

                                      Honorable John W. Darrah

John Doe, subscriber assigned IP address 207.229.129.234

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2014:

      MINUTE entry before the Honorable John W. Darrah: Ruling on motion hearing held. Plaintiff's motion for leave serve a third party subpoena to a Rule 26(f) Conference [4] is granted. Status hearing set for 8/28/14 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.